No. 73–2013. FAIR, SHERIFF v. SMITH ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bellis* v. *United States,* 417 U. S. 85 (1974).

No. ———. ROSSI, EXECUTOR v. SPECTOR ET AL. C. A. 2d Cir. Motion to dispense with printing petition for writ of certiorari and other relief denied. *Snider* v. *All State Administrators, Inc.,* 414 U. S. 685 (1974).

No. A–1310, October Term, 1973. AUDUBON SOCIETY, LOS ANGELES CHAPTER, ET AL. v. MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motion of the County of Los Angeles to vacate stay heretofore entered by MR. JUSTICE DOUGLAS on August 15, 1974, granted.

No. A–640 (74–942). RIZZO, MAYOR OF PHILADELPHIA, ET AL. v. GOODE ET AL. [Certiorari granted, 420 U. S. 1003.] Application to recall and stay mandate of the United States Court of Appeals for the Third Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending final disposition of the case in this Court.